United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 31, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40987
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

TERRY A. SIMPSON,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:03-CR-189-RAS-ALL
--------------------

Before GARWOOD, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Terry A. Simpson appeals his sentence following his guilty-

plea conviction to receipt of child pornography.  He renews his

claim that the district court erred by adjusting his offense

level by four levels under U.S.S.G. § 2G2.2(b)(3) because the

factual finding supporting the adjustment was made by the

district court and was not made by a jury or admitted by him,

thus violating the Fifth and Sixth Amendments under <u>Blakely v.</u>

<u>Washington</u>, 124 S. Ct. 2531 (2004), and <u>United States v. Booker</u>,

125 S. Ct. 738 (2005).  The Government concedes that Simpson's

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentence is erroneous after <u>Booker</u>, that it cannot prove beyond a reasonable doubt that the district court would have imposed the same sentence if it knew that the guidelines were only discretionary, and that the case should be remanded for resentencing.  Simpson's sentence is thus vacated and the case is remanded for resentencing.  <u>United States v. Akpan</u>, ___ F.3d ___, No. 03-20875, 2005 WL 852416 at *11-12 (5th Cir. Apr. 14, 2005).

VACATED AND REMANDED FOR RESENTENCING.